IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:23-MJ-00136-BR |
| | § | Charging District: Northern District of Ohio |
| | § | Case No. 1:23-mj-3216-TMP |
| | § | |
| | § | |
| JOSEPH GUNTER (1) | § | |
| | § | |
| Defendant. | § | |

**ORDER ON INITIAL APPEARANCE**

On today's date, Defendant, JOSEPH GUNTER (1), appeared in person and without counsel before the undersigned United States Magistrate Judge for the purpose of an Initial Appearance in accordance with Rule 5, Federal Rule of Criminal Procedure. The United States appeared by and through the Assistant United States Attorney for the Northern District of Texas.

In accordance with Rule 5, the defendant received a copy of the Complaint filed in the originating cause and acknowledged understanding the charges therein. The defendant was advised of the rights relative to the making and the refusal to make statements that might be used against Defendant and acknowledged understanding such rights. The defendant was further advised of the right to retain counsel and of the right to request the Court to appoint counsel if unable to afford to retain counsel. The defendant acknowledged understanding the right to counsel and requested that the Court appoint counsel.

The defendant was advised of the right to a Preliminary Examination, a Detention Hearing, and an Identity Hearing and acknowledged understanding such right. At the hearing, the defendant waived the right to have the hearings in the Northern District of Texas, reserving the right to have the hearings in the Northern District of Ohio.

Defendant, JOSEPH GUNTER (1), is remanded to the custody of the United States Marshal and is ORDERED to be removed to the Northern District of Ohio as soon as practicable.

**IT IS SO ORDERED.**

ENTERED on September 28, 2023.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE